THE HONORABLE THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RANDOLPH R. GUSTAFSON,<br><br>Plaintiff,<br><br>vs.<br><br>CARNIVAL CORPORATION & plc; HOLLAND AMERICA LINE - USA, INC.; HAL NEDERLAND N.V.; HOLLAND AMERICAL LINE N.V.; and HOLLAND AMERICA LINE, INC., and JOHN DOES I through X,<br><br>Defendants. | IN ADMIRALTY<br><br>CASE NO.: 2:18-cv-00508-TSZ<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT (ECF NO. 1)** |

**GOOD CAUSE APPEARING**, the Court hereby orders as follows:

The Parties' Stipulation (ECF No. 4) to extend the deadline for defendants to file a responsive pleading to Plaintiff's Complaint (ECF No. 1) is GRANTED.

IT IS HEREBY ORDERED that the deadline for defendants to file a responsive pleading to Plaintiff's Complaint (ECF No. 1), is EXTENDED from July 23, 2018, to August 22, 2018.

IT IS SO ORDERED.

DATED: _July 26, 2018.

_____
Thomas S. Zilly
United States District Judge

ORDER
2:18-cv-00508-TSZ

Page **1** of **1**

**MALTZMAN & PARTNERS**
jeffreym@maltzmanpartners.com
edn@maltzmanpartners.com
679 Encinitas Blvd. Ste. 201
Encinitas, CA 92024
(760)942-9880